## Commonwealth *v.* Schrengost, Appellant.

 Submitted November 11, 1968. *Thomas A. Young,* Public Defender, for appellant; *William G. Shahade,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed. See prior direct appeal, with counsel affirmed in *Commonwealth v. Gallaher,* 208 Pa. Superior Ct. 722 (1966).